| AO 10 |
|-------|
| Rev. 1/2010 |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| COFFMAN, JENNIFER B. | E.D. AND W.D./KY | 07/15/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE (ACTIVE) | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 306 US COURTHOUSE<br>101 BARR STREET<br>LEXINGTON, KY 40588-2228 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Coffman, Jennifer B.

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 07/15/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | DENTAL PRACTICE / SELF EMPLOYMENT |
| 2. | 2009 | PEARSON JUSTICE AND COFFMAN LLC - EQUIPMENT LEASING |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 07/15/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. BANK OF AMERICA | SECOND HOME LOAN | K |
| 2. | | |
| 3 | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 07/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income. value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CITIZENS BANK - COMMON STOCK | A | Dividend | J | W | | | | | |
| 2. RENTAL PROPERTY, EARLINGTON(HOPKINS COUNTY), KENTUCKY | C | Rent | K | W | | | | | |
| 3. KENTUCKY TAX FREE INCOME SERIES | A | Dividend | J | T | | | | | |
| 4. IRA #3 (CENTRAL BANK) | | None | M | T | | | | | |
| 5. -CASH BALANCE IN IRA #3 | | None | J | T | | | | | |
| 6. -COLUMBIA ACORN SMALL CAP FUND Z | A | Dividend | K | T | Buy (add'l) | 11/04/09 | J | | |
| 7. -MATTHEWS PACIFIC TIGER | A | Dividend | K | T | Buy (add'l) | 02/04/09 | J | | |
| 8. | | | | | Sold (part) | 07/29/09 | J | | |
| 9. -T ROWE PRICE EMERGING MARKET FUND | | None | | | Sold | 04/20/09 | J | | |
| 10. -COLUMBIA FDS SER TR MID CAP VAL Z | A | Dividend | | | Sold (part) | 09/25/09 | K | | |
| 11. | | | | | Sold | 09/29/09 | J | | |
| 12. -WILLIAMS SONOMA INC COM | A | Dividend | J | T | | | | | |
| 13. -GOLDMAN SACHS FINCL SQUARE | A | Interest | J | T | | | | | |
| 14. -FEDERATED CAP APPRECIATION FUND I SHARES | A | Dividend | L | T | Sold (part) | 02/04/09 | J | | |
| 15. | | | | | Buy (add'l) | 11/04/09 | J | | |
| 16. -GSCI COMMODITY STRATEGY INST FUND | A | Dividend | J | T | Buy (add'l) | 02/04/09 | J | | |
| 17. | | | | | Buy (add'l) | 11/04/09 | J | | |

| 1. Income Gain Codes: (See Columns D1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 07/15/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -FEDERATED TOTAL RETURN BOND FUND | A | Dividend | J | T | Sold (part) | 11/04/09 | J | A | |
| 19. -SPDR GOLD TR | | None | J | T | Sold (part) | 02/05/09 | J | A | |
| 20. | | | | | Sold (part) | 04/28/09 | J | A | |
| 21. -SCHRODER EMERGING MARKET EQUITY FUND | A | Dividend | J | T | Buy | 04/16/09 | J | | |
| 22. | | | | | Buy (add'l) | 04/20/09 | J | | |
| 23. | | | | | Sold (part) | 7/29/09 | J | | |
| 24. -T ROWE PRICE MID CAP GROWTH FUND #47 | | None | K | T | Buy | 09/25/09 | K | | |
| 25. | | | | | Buy (add'l) | 11/04/09 | J | | |
| 26. -VANGUARD INDEX FDS REIT #986 | A | Dividend | J | T | Buy | 04/28/09 | J | | |
| 27. -ISHARES TRUST EMERGING MARKETS INDEX | | None | | | Buy | 02/05/09 | J | | |
| 28. | | | | | Sold | 04/16/09 | J | A | |
| 29. WESLEY COFFMAN DMD 401(K) PROFIT SHARING PLAN (CENTRAL BANK) | | None | N | T | | | | | |
| 30. -CASH BALANCE IN WESLEY COFFMAN DMD 401(K) PSP CENTRAL BANK | | None | J | T | | | | | |
| 31. -COLUMBIA ACORN SMALL CAP FUND Z | A | Dividend | K | T | | | | | |
| 32. -GOLDMAN SACHS FINCL SQUARE MONEY MARKET-PRINCPL | A | Dividend | J | T | | | | | |
| 33. -MATT PACIFIC TIGER | A | Dividend | K | T | | | | | |
| 34. -FEDERATED CAP APPRECIATION FUND I | B | Dividend | M | T | Buy (add'l) | 11/03/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 07/15/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -FEDERATED TOTAL RETURN BOND FUND | A | Dividend | J | T | Sold (part) | 11/03/09 | J | A | |
| 36.  -GSCI COMMODITY STRATEGY INST FUND | A | Dividend | J | T | Buy (add'l) | 11/03/09 | J | | |
| 37.  -SPDR GOLD TR | | None | J | T | | | | | |
| 38.  -SCHRODER EMERGING MARKET EQUITY FUND | A | Dividend | K | T | | | | | |
| 39.  -T ROWE PRICE MID CAP GROWTH FUND #47 | A | Dividend | K | T | | | | | |
| 40.  -VANGD INDEX REIT 986 | A | Dividend | K | T | | | | | |
| 41.  JP MORGAN CHASE ACCOUNT | A | Interest | K | T | | | | | |
| 42. | | | | | | | | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 07/15/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

ITEMS SOLD ON LINES 8,9,10,14,23, WERE SOLD AT A LOSS.

| Name of Person Reporting | Date of Report |
|---|---|
| COFFMAN, JENNIFER B. | 07/15/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544